**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOMBAS, LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-04412-ER |
| ) | |
| v. ) | |
| ) | |
| MAISON IMPECCABLE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff BOMBAS, LLC hereby notifies the Court that the parties have reached a confidential settlement agreement to resolve the above-referenced case. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action as to Defendant Maison Impeccable, with prejudice. This Notice is filed before Defendant filed an answer or motion for summary judgment. Each party shall bear its own costs, expenses, and fees.

Respectfully Submitted,

Date: October 18, 2018    */s/Michael J. Kosma*
Michael J. Kosma (MK1979)
Benjamin N. Luehrs (*pro hac vice*)
Whitmyer IP Group LLC
600 Summer Street
Stamford, CT 06901
mkosma@whipgroup.com
bluehrs@whipgroup.com
litigation@whipgroup.com
Phone: 203-703-0800
Fax: 203-703-0801

*Attorneys for Plaintiff BOMBAS, LLC*

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 18, 2018, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.


Dated: October 18, 2018                                       */s/ Joan M. Burnett*  
                                                                                 Joan M. Burnett